IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
GRADY A. LEE, SR.,            )
                              )
    Plaintiff,                )
                              )    CIVIL ACTION NO.
    v.                        )     2:14cv1073-MHT
                              )          (WO)
RIVER FALLS POLICE DEPT.      )
and OFFICER RYAN ADAMS,       )
                              )
    Defendants.               )
```

**JUDGMENT**

After an independent and de novo review of the record, it is ORDERED as follows:

(1) The recommendation of the magistrate judge (doc. no. 6), to which no objection has been filed, is adopted.

(2) Defendant River Falls Police Department is dismissed and terminated as a party.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.  It is referred back to the magistrate judge for further appropriate proceedings.

DONE, this the 21st day of November, 2014.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**