IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| GRADY A. LEE, SR., | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:14cv1073-MHT |
| | ) | (WO) |
| OFFICER KYLE ADAMS, | ) | |
| | ) | |
|     Defendant. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, who at the time of filing was a state prisoner, filed this lawsuit bringing claims that defendant subjected him to a warrantless arrest and failed to read him his *Miranda* rights. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendant's motion for summary judgment be granted. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 27th day of February, 2018.

                           /s/ Myron H. Thompson
                           **UNITED STATES DISTRICT JUDGE**